IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEPHEN CHRISTOPHER PLUNKETT,**

    **Petitioner,**

**v.**                                                     Case No.  4:18cv37-MW/CAS

**WARDEN, FCI TALLAHASSEE,**

    **Respondent.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 18.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 12, is **GRANTED** and the amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 9, is **DISMISSED**."  The Clerk shall close the file.

**SO ORDERED on August 17, 2018.**

                                               s/Mark E. Walker_____
                                               **Chief United States District Judge**